UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY WALLACE FERNANDEZ, | No. 2:16-cv-3013 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| SOLEDAD STATE PRISON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a habeas corpus petition filed pursuant to 28 U.S.C. § 2254. On August 17, 2017, respondent filed a motion to dismiss the petition. ECF No. 12. Petitioner has not responded to the motion. Accordingly, IT IS HEREBY ORDERED that, within twenty-one days of service of this order, petitioner shall file and serve an opposition or statement of non-opposition to the pending motion to dismiss. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: October 3, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE